# ALABAMA COURT OF CRIMINAL APPEALS



January 10, 2025

**CR-2023-0622**
Deshawn Keonte Merritt v. State of Alabama (Appeal from Tuscaloosa Circuit Court: CC-22-1035)

## **NOTICE**

You are hereby notified that on January 10, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk